**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NICOLAS GRANT,<br><br>    Plaintiff,<br><br> v.<br><br>STILLWATER DESIGNS AND AUDIO, INC.,<br>DBA KICKER<br><br>    Defendant. | Civil Action No. 1:25-cv-01324<br><br>**Judge Tanya Walton Pratt**<br><br>**Magistrate Judge Mario Garcia** |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Nicolas Grant filed the above-referenced case against Defendant Stillwater Designs and Audio, Inc. dba Kicker, on July 2, 2025.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the the above-captioned action in its entiretywith prejudice. Each party shall bear his or its own attorney's fees and costs

  Dated: October 14, 2025     Respectfully Submitted,

               */s/ Benjamin Sweet*
               Benjamin J. Sweet
               ben@nshmlaw.com
               **NYE, STIRLING, HALE, MILLER, &**
               **SWEET LLP**
               101 Pennsylvania Boulevard, Suite 2
               Pittsburgh, PA 15228

               *Attorneys for Plaintiff*

165088387.1

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 14th day of October, 2025.

 /s/ Benjamin J. Sweet
Benjamin J. Sweet